26204.   SMITH et al. v. MADDOX.

UNDERCOFLER, Justice. The appeal in this case is from the judgment of the trial court denying the prayers of the complaint of the appellants which sought to have the Democratic Primary held on September 9, 1970, declared invalid as to the nomination of a candidate for Lieutenant Governor.

Under the decision in *Henderson v. Maddox,* ante, the question presented by this appeal is moot.

*Appeal dismissed. All the Justices concur.*

ARGUED DECEMBER 16, 1970—DECIDED JANUARY 4, 1971—
REHEARING DENIED JANUARY 21, 1971.

*Andrew A. Smith, Henry M. Henderson,* for appellants.
*Alex Davis, Tully M. Bond,* for appellee.
*Arthur K. Bolton, Attorney General, Harold N. Hill, Jr., Executive Assistant Attorney General, Arch Y. Stokes,* amicus curiae.